IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERT LEE DAVIS, JR., | § | |
| | § | |
| Petitioner, | § | |
| vs. | § | CIVIL ACTION H-06-0091 |
| | § | |
| DOUGLAS DRETKE, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM AND OPINION

Petitioner filed this action seeking habeas corpus relief under 28 U.S.C. § 2254. He challenges a conviction in the 102nd Judicial District Court of Red River County, Texas.

Under 28 U.S.C. § 2241(d), the district court in which the writ of habeas corpus was filed may transfer the writ to the district where the state court which convicted and sentenced the petitioner is located.

The Clerk is ORDERED to transfer this application for writ of habeas corpus to the Clerk of the Eastern District of Texas, Tyler Division.

SIGNED at Houston, Texas, on January 12, 2006.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE